# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>TOD CURTIS, FIRST UNITED TRUST CO., as Trustee Under Trust No. 10510, and ELTO RESTAURANT CORP.,<br>v.<br>Irvana K. Wilks, et al. | Case Number:<br>**FILED: JUNE 19, 2008**<br>**08CV3527**<br>**JUDGE GUZMAN**<br>**MAGISTRATE JUDGE NOLAN**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs TOD CURTIS, FIRST UNITED TRUST CO., and ELTO RESTAURANT CORP.

| |
|---|
| NAME (Type or print)<br>William M. McErlean |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ William M. McErlean |
| FIRM<br>Barnes & Thornburg, LLP |
| STREET ADDRESS<br>One North Wacker Dr., Ste. 4400 |
| CITY/STATE/ZIP<br>Chicago, IL 60606-2833 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3122871 | TELEPHONE NUMBER<br>(312) 357-1313 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐