## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| TOD CURTIS, FIRST UNITED TRUST CO., as Trustee Under Trust No. 10510, and ELTO RESTAURANT CORP., v. Irvana K. Wilks, et al. | FILED: JUNE 19, 2008 <br> 08CV3527 <br> JUDGE GUZMAN <br> MAGISTRATE JUDGE NOLAN <br> AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs TOD CURTIS, FIRST UNITED TRUST CO., and ELTO RESTAURANT CORP.

| | |
|---|---|
| NAME (Type or print) <br> David T. Ballard | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ David T. Ballard | |
| FIRM <br> Barnes & Thornburg, LLP | |
| STREET ADDRESS <br> One North Wacker Dr., Ste. 4400 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606-2833 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6274508 | TELEPHONE NUMBER <br> (312) 357-1313 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |