U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

TOD CURTIS, FIRST UNITED TRUST CO., as Trustee Under Trust No. 10510, and ELTO RESTAURANT CORP.,
v.
Irvana K. Wilks, et al.

Case Number:

**FILED: JUNE 19, 2008
08CV3527
JUDGE GUZMAN
MAGISTRATE JUDGE NOLAN
AEE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs TOD CURTIS, FIRST UNITED TRUST CO., and ELTO RESTAURANT CORP.

| |
|---|
| NAME (Type or print)<br>Theodore J. Koerth |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ Theodore J. Koerth |
| FIRM<br>Barnes & Thornburg, LLP |
| STREET ADDRESS<br>One North Wacker Dr., Ste. 4400 |
| CITY/STATE/ZIP<br>Chicago, IL  60606-2833 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6277805 | TELEPHONE NUMBER<br>(312) 357-1313 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |