IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOD CURTIS, individually and as beneficiary, FIRST UNITED TRUST COMPANY, as Trustee under Trust No. 10510, and ELTO RESTAURANT INC., an Illinois corporation,<br><br>      Plaintiffs,<br><br>   v.<br><br>IRVANA K. WILKS, Village of Mount Prospect Mayor and Local Liquor Control Commissioner, MICHAEL E. JANOIS, Village of Mount Prospect Manager, WILLIAM COONEY, Village of Mount Prospect Economic Director, WILLIAM SCHROEDER, Village of Mount Prospect Building Commissioner, ROBERT ROELS, Village of Mt. Prospect Environmental Health Manager, FRANK KRUPA, Village of Mount Prospect Environmental Health Inspector, OZ DEVELOPMENT, LLC and the Village of Mount Prospect,<br><br>      Defendants. | FILED: JUNE 19, 2008<br>08CV3527<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE NOLAN<br>AEE |

## LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT

Plaintiff, Elto Restaurant Inc., an Illinois Corporation, pursuant to Local Rule 3.2, hereby discloses that it has no parent corporations and no publicly held corporation owns more than five percent (5%) of its stock.

TOD CURTIS, individually and as beneficiary, FIRST UNITED TRUST COMPANY, as Trustee under Trust No. 10510, and ELTO RESTAURANT INC., an Illinois corporation,

By:   s/ William M. McErlean
      One of Their Attorneys

William M. McErlean
David T. Ballard
Theodore J. Koerth
Barnes & Thornburg LLP
One N. Wacker Drive
Suite 4400
Chicago, IL 60606
(312) 357-1313

CHDS01 DTB 471275v1