IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOD CURTIS, individually and as beneficiary, FIRST UNITED TRUST COMPANY, as Trustee under Trust No. 10510, and ELTO RESTAURANT INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>IRVANA K. WILKS, Village of Mount Prospect Mayor and Local Liquor Control Commissioner, MICHAEL E. JANOIS, Village of Mount Prospect Manager, WILLIAM COONEY, Village of Mount Prospect Economic Director, WILLIAM SCHROEDER, Village of Mount Prospect Building Commissioner, ROBERT ROELS, Village of Mt. Prospect Environmental Health Manager, FRANK KRUPA, Village of Mount Prospect Environmental Health Inspector, OZ DEVELOPMENT, LLC and the Village of Mount Prospect,<br><br>Defendants. | No. 08 cv 3527 |

## REQUEST FOR REFUND OF FILING FEE

On June 19, 2008, Barnes & Thornburg LLP inadvertently electronically filed a new case twice. The receipt numbers for the filings are 07520000000002872113 and 07520000000002872006. The documents filed under receipt number 07520000000002872113 is the correct filing. The firm should be reimbursed $350 under receipt number 07520000000002872006, which is a duplciate.

TOD CURTIS, individually and as beneficiary, FIRST UNITED TRUST COMPANY, as Trustee under Trust No. 10510, and ELTO RESTAURANT INC., an Illinois corporation,


By: s/ William M. McErlean
     One of Their Attorneys


William M. McErlean
David T. Ballard
Theodore J. Koerth
Barnes & Thornburg LLP
One N. Wacker Drive
Suite 4400
Chicago, IL 60606
(312) 357-1313

CHDS01 WMCERLEAN 471771v1