# United States District Court for the Northern District of Illinois

Case Number: 08CV3527       Assigned/Issued By: DAJ

Judge Name: GUZMAN       Designated Magistrate Judge: NOLAN

## FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____
                ☐ $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____       Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

## ISSUANCES

☑ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                          _____
☐ Citation to Discover Assets             (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __1__ copies on _06/24/08_ as to _OZ DEVELOPMENT LLC_
                                      (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05