AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TOD CURTIS, FIRST UNITED TRUST CO.,
as Trustee under Trust No. 10510, and ELTO
RESTAURANT, INC.,

CASE NUMBER: 08 cv 03527

V.

ASSIGNED JUDGE: Guzman

IRVANA K. WILKS, Village of Mount
Prospect Mayor and Local Liquor
Commissioner, et al.,

DESIGNATED
MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

Irvana K. Wilks, Mount Prospect Mayor and Local Liquor Control Commissioner
50 S. Emerson St.
Mount Prospect, IL 60056-3218

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. McErlean
BARNES & THORNBURG LLP
One North Wacker Dr.
Suite 4400
Chicago, IL 60606-2833

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

J. Cervantes

(By) DEPUTY CLERK

June 26, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me [1] | DATE June 27, 2008 at 2:20 PM |
| NAME OF SERVER (PRINT) Rick Cheng | TITLE |

Check one box below to indicate appropriate method of service

    G  Served personally upon the defendant. Place where served: 20 N. Wacker Drive, Suite 1660, Chicago, IL 60606

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Bridget Dempsey

    G  Returned unexecuted: _____

    G  Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 27, 2008
             Date

Signature of Server

Address of Server: 1 N. Wacker Drive, Suite 4400, Chicago, IL 60606

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TOD CURTIS, FIRST UNITED TRUST CO.,
as Trustee under Trust No. 10510, and ELTO
RESTAURANT, INC.,

CASE NUMBER: 08 cv 03527

V.

ASSIGNED JUDGE: Guzman

IRVANA K. WILKS, Village of Mount
Prospect Mayor and Local Liquor
Commissioner, et al.,

DESIGNATED
MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

Michael E. Janonis, Village of Mount Prospect Manager
50 S. Emerson St.
Mount Prospect, IL 60056-3218

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. McErlean
BARNES & THORNBURG LLP
One North Wacker Dr.
Suite 4400
Chicago, IL 60606-2833

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

J. Cervantes

(By) DEPUTY CLERK



June 26, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | June 27, 2008 at 2:20 PM |
| NAME OF SERVER (PRINT)  Rick Cheng | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 20 N. Wacker Drive Suite 1660, Chicago, IL 60606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Bridget Dempsey

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 27, 2008
             Date              Signature of Server

1 N. Wacker Drive, Suite 4400
Address of Server
Chicago, IL 60606

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TOD CURTIS, FIRST UNITED TRUST CO.,
as Trustee under Trust No. 10510, and ELTO
RESTAURANT, INC.,

      V.

IRVANA K. WILKS, Village of Mount
Prospect Mayor and Local Liquor
Commissioner, et al.,

CASE NUMBER:  08 cv 03527

ASSIGNED JUDGE:  Guzman

DESIGNATED
MAGISTRATE JUDGE:  Nolan

TO: (Name and address of Defendant)

William Cooney, Village of Mount Prospect Economic Director
50 S. Emerson St.
Mount Prospect, IL 60056-3218

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. McErlean
BARNES & THORNBURG LLP
One North Wacker Dr.
Suite 4400
Chicago, IL 60606-2833

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

J. Cervantes

(By) DEPUTY CLERK



June 26, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  June 27, 2008 at 2:20 PM |
| NAME OF SERVER (PRINT)  Rick Cheng | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 20 N. Wacker Drive, Suite 1660, Chicago, IL 60606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Bridget Dempsey

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 27 2008
            Date

Signature of Server

Address of Server: 1 N. Wacker Drive, Suite 4400, Chicago, IL 60606

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TOD CURTIS, FIRST UNITED TRUST CO.,
as Trustee under Trust No. 10510, and ELTO
RESTAURANT, INC.,

    V.

IRVANA K. WILKS, Village of Mount
Prospect Mayor and Local Liquor
Commissioner, et al.,

CASE NUMBER:   08 cv 03527

ASSIGNED JUDGE:   Guzman

DESIGNATED
MAGISTRATE JUDGE:   Nolan

TO: (Name and address of Defendant)

William Schroeder, Village of Mount Prospect Building Commissioner
50 S. Emerson St.
Mount Prospect, IL 60056-3218

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. McErlean
BARNES & THORNBURG LLP
One North Wacker Dr.
Suite 4400
Chicago, IL 60606-2833

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*J. Cervantes* (signature)

(By) DEPUTY CLERK

June 26, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: June 27, 2008 at 2:20 PM |
| NAME OF SERVER (PRINT): Rick Cheng | TITLE: |

Check one box below to indicate appropriate method of service

- G  Served personally upon the defendant. Place where served: **20 N. Wacker Drive, Suite 1660, Chicago, IL 60606**

- G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: **Bridget Dempsey**

- G  Returned unexecuted: _____

- G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 27, 2008
Date

Signature of Server

Address of Server: 1 N. Wacker Drive, Suite 4400, Chicago, IL 60606

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TOD CURTIS, FIRST UNITED TRUST CO.,
as Trustee under Trust No. 10510, and ELTO
RESTAURANT, INC.,

        V.

IRVANA K. WILKS, Village of Mount
Prospect Mayor and Local Liquor
Commissioner, et al.,

CASE NUMBER: 08 cv 03527

ASSIGNED JUDGE: Guzman

DESIGNATED
MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

Robert Roels, Village of Mount Prospect Environmental Health Manager
50 S. Emerson St.
Mount Prospect, IL 60056-3218

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. McErlean
BARNES & THORNBURG LLP
One North Wacker Dr.
Suite 4400
Chicago, IL 60606-2833

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

J. Cervantes
--------------------------------
(By) DEPUTY CLERK



June 26, 2008
--------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  June 27, 2008 at 2:20 PM |
| NAME OF SERVER (PRINT)  Rick Cheng | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 20 N Wacker Drive, Suite 1660, Chicago, IL 60606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Bridget Dempsey

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 27, 2008         _[signature]_
             Date                   Signature of Server

                                    1 N. Wacker Drive, Suite 4400
                                    Address of Server
                                    Chicago, IL 60606

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TOD CURTIS, FIRST UNITED TRUST CO., as Trustee under Trust No. 10510, and ELTO RESTAURANT, INC.,

      V.

IRVANA K. WILKS, Village of Mount Prospect Mayor and Local Liquor Commissioner, et al.,

CASE NUMBER:    08 cv 03527

ASSIGNED JUDGE:    Guzman

DESIGNATED MAGISTRATE JUDGE:    Nolan

TO: (Name and address of Defendant)

Frank Krupa, Village of Mount Prospect Environmental Health Inspector
50 S. Emerson St.
Mount Prospect, IL 60056-3218

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. McErlean
BARNES & THORNBURG LLP
One North Wacker Dr.
Suite 4400
Chicago, IL 60606-2833

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*J. Cervantes* (signature)

------------------------------
(By) DEPUTY CLERK



June 26, 2008
------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE June 27, 2008 at 2:20 PM |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER (PRINT) Rick Cheng | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 20 N. Wacker Drive Suite 1660, Chicago, IL 60606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Bridget Dempsey

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 27, 2008
　　　　　　　　Date

Signature of Server

Address of Server: 1 N. Wacker Drive, Suite 4400, Chicago, IL 60606

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TOD CURTIS, FIRST UNITED TRUST CO.,
as Trustee under Trust No. 10510, and ELTO
RESTAURANT, INC.,

    V.

IRVANA K. WILKS, Village of Mount
Prospect Mayor and Local Liquor
Commissioner, et al.,

CASE NUMBER: 08 cv 03527

ASSIGNED JUDGE: Guzman

DESIGNATED MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

The Village of Mount Prospect, Illinois
c/o Deputy Clerk
50 S. Emerson St.
Mount Prospect, IL  60056-3218

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. McErlean
BARNES & THORNBURG LLP
One North Wacker Dr.
Suite 4400
Chicago, IL  60606-2833

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

J. Cervantes
--------------------------------
(By) DEPUTY CLERK



June 26, 2008
--------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 27, 2008 at 2:20 Pm |
| NAME OF SERVER *(PRINT)* Rick Cheng | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 20 N. Wacker Drive, Suite 1660, Chicago, IL 60606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Bridget Dempsey

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 27, 2008
Date

*Signature of Server*

*Address of Server* 1 N. Wacker Drive, Suite 4400
Chicago, IL 60606

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.