IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOD CURTIS, individually and as beneficiary, FIRST UNITED TRUST COMPANY, as Trustee under Trust No. 10510, and ELTO RESTAURANT INC., an Illinois corporation,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>IRVANA K. WILKS, Village of Mount Prospect Mayor and Local Liquor Control Commissioner, MICHAEL E. JANONIS, Village of Mount Prospect Manager, WILLIAM COONEY, Village of Mount Prospect Economic Director, WILLIAM SCHROEDER, Village of Mount Prospect Building Commissioner, ROBERT ROELS, Village of Mount Prospect Environmental Health Manager, FRANK KRUPA, Village of Mount Prospect Environmental Health Inspector, OZ DEVELOPMENT, LLC, and the Village of Mount Prospect,<br><br>　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　No. 08 cv 03527<br>)<br>)　Judge Guzman<br>)<br>)　Magistrate Nolan<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

To:　Everette M. Hill, Jr.　　　　　　　　John J. Foley
　　　Klein, Thorpe and Jenkins, Ltd.　　　Maurides & Foley, L.L.C.
　　　20 North Wacker Drive　　　　　　2 North LaSalle Street
　　　Suite 1660　　　　　　　　　　　　Suite 1800
　　　Chicago, Illinois 60606　　　　　　　Chicago, Illinois 60602

　　　**PLEASE TAKE NOTICE** that on Friday, June 27, 2008, we electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, the attached *Return of Service of Defendant Oz Development, LLC*, a copy of which is attached hereto and served upon you.

Dated:  June 27, 2008

Respectfully submitted,

**TOD CURTIS, FIRST UNITED TRUST CO., and ELTO RESTAURANT CORPORATION**

By:  <u>s/ Theodore J. Koerth</u>
     One of Their Attorneys

William M. McErlean
David T. Ballard
Theodore J. Koerth
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606
(312) 357-1313
Firm ID No. 32715

**CERTIFICATE OF SERVICE**

I, Theodore J. Koerth, an attorney, do hereby certify that I caused copies of the attached *Notice of Filing Return of Service of Defendant Oz Development, LLC* to be electronically filed with the Clerk of the Court and served on the following using the CM/ECF system on June 27, 2008:

| | |
|---|---|
| Everette M. Hill, Jr.<br>Klein, Thorpe and Jenkins, Ltd.<br>20 North Wacker Drive<br>Suite 1660<br>Chicago, Illinois 60606 | John J. Foley<br>Maurides & Foley, L.L.C.<br>2 North LaSalle Street<br>Suite 1800<br>Chicago, Illinois 60602 |

s/   Theodore J. Koerth