# Affidavit of Process Server

TODD Curtis
**PLAINTIFF/PETITIONER**  vs  IRVANA K Wilks  08CV3527
**DEFENDANT/RESPONDENT**   **CASE #**

Being duly sworn, on my oath, I  Walter Schwalm
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served  Frank Krupa
**NAME OF PERSON/ENTITY BEING SERVED**

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage

☑ Summons/Complaint For Relief of
Civil Rights & RICO Violations

by serving (NAME)  X M Lisa Angell  (M. Lisa Angell)

at ☐ Home _____

☑ Business  Mt. Prospect Village Hall  50 S. Emerson, Mt Prospect, Ill

☑ on (DATE)  7/3/08  at (TIME)  10:10 a.m

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____  (STATE) _____

## Manner of Service:

☐ By Personal Service.

☑ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely  M. Lisa Angell - Mt. Prospect Village Clerk

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

## Non-Service:

After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

## Service Attempts:

Service was attempted on: ( )_____, ( )_____
DATE   TIME    DATE   TIME

( )_____, ( )_____, ( )_____
DATE   TIME    DATE   TIME    DATE   TIME

## Description:

☐ Male    ☑ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☑ Female    ☐ Black Skin    ☐ Brown Hair    ☐ Balding    ☐ 21-35 Yrs.    ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
☐ Yellow Skin    ☑ Blond Hair    ☐ 36-50 Yrs.    ☑ 5'4"-5'8"    ☑ 131-160 Lbs.
☐ Brown Skin    ☐ Gray Hair    ☐ Mustache    ☑ 51-65 Yrs.    ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☐ Glasses    ☐ Red Skin    ☐ Red Hair    ☐ Beard    ☐ Over 65 Yrs.    ☐ Over 6'    ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES:  Short blond hair, blue eyes

State of Illinois   County of Cook

Subscribed and sworn to before me,
a notary public, this ___ day of July, 20__

_____
NOTARY PUBLIC

Walter Schwalm
**SERVED BY**
LASALLE PROCESS SERVERS

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

TOD CURTIS, FIRST UNITED TRUST CO.,
as Trustee under Trust No. 10510, and ELTO
RESTAURANT, INC.,

V.

IRVANA K. WILKS, Village of Mount
Prospect Mayor and Local Liquor
Commissioner, et al.,

CASE NUMBER:    08 cv 03527

ASSIGNED JUDGE:    Guzman

DESIGNATED
MAGISTRATE JUDGE:    Nolan

TO: (Name and address of Defendant)

Frank Krupa, Village of Mount Prospect Environmental Health Inspector
50 S. Emerson St.
Mount Prospect, IL 60056-3218

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. McErlean
BARNES & THORNBURG LLP
One North Wacker Dr.
Suite 4400
Chicago, IL 60606-2833

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

*J Cervantes*

(By) DEPUTY CLERK

**June 26, 2008**

Date