# Affidavit of Process Server

__TODD Curtis__ vs __IRVANA K WILKS__  __08CV3527__
PLAINTIFF/PETITIONER   DEFENDANT/RESPONDENT   CASE #

Being duly sworn, on my oath, I __Walter Schwalm__
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Michael E Janonis__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ __Summons/Complaint for Relief of Civil Rights & RICO Violations__

by serving (NAME) ☒ __M. Lisa Angell (M. Lisa Angell)__

at ☐ Home _____
☒ Business __Mt Prospect Village Hall 505 Emerson Mt Prospect, Ill.__
☒ on (DATE) __7/3/08__ at (TIME) __10:10 am__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __M. Lisa Angell - Mt Prospect Village Clerk__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address     ☐ Evading            ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____, ( ) _____, 
                                                  DATE TIME              DATE TIME
( ) _____, ( ) _____, ( ) _____
  DATE TIME       DATE TIME       DATE TIME

**Description:**
☐ Male        ☒ White Skin    ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.  ☐ Under 5'   ☐ Under 100 Lbs.
☒ Female      ☐ Black Skin    ☐ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
              ☐ Yellow Skin   ☒ Blond Hair   ☐ Mustache     ☐ 36-50 Yrs.  ☒ 5'4"-5'8"  ☒ 131-160 Lbs.
              ☐ Brown Skin    ☐ Gray Hair                   ☒ 51-65 Yrs.  ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
☐ Glasses     ☐ Red Skin      ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'   ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __Short blond hair, blue eyes__

State of Illinois    County of Cook

Subscribed and sworn to before me,                          __Walter Schwalm__
a notary public, this __7__ day of __July__, 20__08__       SERVED BY
                                                            LASALLE PROCESS SERVERS

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TOD CURTIS, FIRST UNITED TRUST CO., as Trustee under Trust No. 10510, and ELTO RESTAURANT, INC.,

V.

IRVANA K. WILKS, Village of Mount Prospect Mayor and Local Liquor Commissioner, et al.,

CASE NUMBER: 08 cv 03527

ASSIGNED JUDGE: Guzman

DESIGNATED MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

Michael E. Janonis, Village of Mount Prospect Manager
50 S. Emerson St.
Mount Prospect, IL 60056-3218

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. McErlean
BARNES & THORNBURG LLP
One North Wacker Dr.
Suite 4400
Chicago, IL 60606-2833

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*J. Cervantes* (signature)

(By) DEPUTY CLERK

June 26, 2008
Date

