# Affidavit of Process Server

TODD Curtis          vs    IRVANA K WILKS          08CV3527
PLAINTIFF/PETITIONER          DEFENDANT/RESPONDENT                    CASE #

Being duly sworn, on my oath, I ___Walter Schwalm___
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action,

**Service:** I served ___The Village of Mount Prospect IL___
                                                    NAME OF PERSON/ENTITY BEING SERVED

with the (documents)   ☐ Subpoena with $_____ witness fee and mileage
                            ☑ Summons/Complaint For Relief of
                            Civil Rights & RICO Violations

by serving (NAME) X M Lisa Angell (m. Lisa Angell)

at ☐ Home ___
☑ Business ___Mt Prospect Village Hall 505 Emerson Mt Prospect, Il.___
☑ on (DATE) ___7/3/08___                    at (TIME) ___10:10 a.m___

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) ___

from (CITY) ___                                        (STATE) ___

**Manner of Service:**
☐ By Personal Service.
☑ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely ___M. Lisa Angell – Mt Prospect Village Clerk___
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely ___
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address          ☐ Evading                          ☐ Other: ___
☐ Address Does Not Exist      ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )___ , ( )___
                                                          DATE   TIME                        DATE   TIME
( )___ , ( )___ , ( )___
 DATE   TIME          DATE   TIME          DATE   TIME

**Description:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☑ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☑ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☑ Blond Hair | | ☐ 36-50 Yrs. | ☑ 5'4"-5'8" | ☑ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☑ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| ☐ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: ___Short blond hair, blue eyes___

State of Illinois     County of Cook

Subscribed and sworn to before me,
a notary public, this ___2___ day of ___July___, 20 ___08___

___(signature)___
SERVED BY
LASALLE PROCESS SERVERS

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TOD CURTIS, FIRST UNITED TRUST CO.,
as Trustee under Trust No. 10510, and ELTO
RESTAURANT, INC.,

V.

IRVANA K. WILKS, Village of Mount
Prospect Mayor and Local Liquor
Commissioner, et al.,

CASE NUMBER:     08 cv 03527

ASSIGNED JUDGE:     Guzman

DESIGNATED
MAGISTRATE JUDGE:     Nolan

TO: (Name and address of Defendant)

The Village of Mount Prospect, Illinois
c/o Deputy Clerk
50 S. Emerson St.
Mount Prospect, IL  60056-3218

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. McErlean
BARNES & THORNBURG LLP
One North Wacker Dr.
Suite 4400
Chicago, IL  60606-2833

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

---

**(By) DEPUTY CLERK**



**June 26, 2008**

---
Date