IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOD CURTIS, individually and as beneficiary, FIRST UNITED TRUST COMPANY, as Trustee under Trust No. 10510, and ELTO RESTAURANT INC., an Illinois corporation,<br><br>                               Plaintiffs,<br><br>                v.<br><br>IRVANA K. WILKS, Village of Mount Prospect Mayor and Local Liquor Control Commissioner, MICHAEL E. JANONIS, Village of Mount Prospect Manager, WILLIAM COONEY, Village of Mount Prospect Economic Director, WILLIAM SCHROEDER, Village of Mount Prospect Building Commissioner, ROBERT ROELS, Village of Mount Prospect Environmental Health Manager, FRANK KRUPA, Village of Mount Prospect Environmental Health Inspector, OZ DEVELOPMENT, LLC, and the Village of Mount Prospect,<br><br>                               Defendants. | No. 08 cv 03527<br><br>Judge Guzman<br><br>Magistrate Nolan |

## NOTICE OF FILING

To:    Everette M. Hill, Jr.                        John J. Foley
        Klein, Thorpe and Jenkins, Ltd.          Maurides & Foley, L.L.C.
        20 North Wacker Drive                   2 North LaSalle Street
        Suite 1660                                   Suite 1800
        Chicago, Illinois 60606                      Chicago, Illinois 60602

    **PLEASE TAKE NOTICE** that on Friday, July 11, 2008, we electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, the attached *Returns of Service of Defendants Irvana K. Wilks, Michael Janonis, William Cooney, William Schroeder, Robert Roels, Frank Krupa, and the Village of Mount Prospect, Illinois*, a copy of which are attached hereto and served upon you.

Dated: July 11, 2008

Respectfully submitted,

**TOD CURTIS, FIRST UNITED TRUST CO., and ELTO RESTAURANT CORPORATION**

By: s/ Theodore J. Koerth
      One of Their Attorneys

William M. McErlean
David T. Ballard
Theodore J. Koerth
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606
(312) 357-1313

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify, pursuant to penalties of perjury as set forth at 735 ILCS 5/1-109, that copies of the foregoing **Notice** and **Return of Service** were served on the persons listed below via U.S. Mail, first class postage paid, from One North Wacker Drive, Chicago, Illinois, before the hour of 5:00 p.m., on this 11th day of July 2008.

| | |
|---|---|
| Everette M. Hill, Jr.<br>Klein, Thorpe and Jenkins, Ltd.<br>20 North Wacker Drive<br>Suite 1660<br>Chicago, Illinois 60606 | John J. Foley<br>Maurides & Foley, L.L.C.<br>2 North LaSalle Street<br>Suite 1800<br>Chicago, Illinois 60602 |

s/      Theodore J. Koerth