**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 3527 |
| TOD CURTIS, et al., Plaintiffs, | Judge Guzman |
| v. | Magistrate Nolan |
| IRVANA K. WILKS, et al., Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendant, OZ DEVELOPMENT, L.L.C.

NAME (Type or print)
Patrick C. Turner

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
/s/ Patrick C. Turner

FIRM    Maurides & Foley, L.L.C.

STREET ADDRESS    Two North LaSalle Street, Room 1800

CITY/STATE/ZIP    Chicago, Illinois 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6204685 | (312) 332-6500 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")    N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")    N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")    N

IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL            APPOINTED COUNSEL

FILED
JUL 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT