

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 3527 |
| TOD CURTIS, et al., Plaintiffs, | Judge Guzman |
| v. | Magistrate Nolan |
| IRVANA K. WILKS, et al., Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendant, OZ DEVELOPMENT, L.L.C.

NAME (Type or print)
John J. Foley

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
/s/ John J. Foley

FIRM    Maurides & Foley, L.L.C.

STREET ADDRESS    Two North LaSalle Street, Room 1800

CITY/STATE/ZIP    Chicago, Illinois 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    0842958

TELEPHONE NUMBER    (312) 332-6500

Jul 11, 2008
FILED
JUL 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")    Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")    N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")    Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL        APPOINTED COUNSEL