

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| TOD CURTIS, et al., ) | |
| Plaintiffs, ) | |
| v. ) | No. 08 CV 3527 |
| ) | Judge Guzman |
| IRVANA K. WILKS, et al. ) | Magistrate Judge Nolan |
| Defendants. ) | |

## LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT

Defendant, OZ DEVELOPMENT, LLC ("OZ"), an Illinois limited liability company, pursuant to Local Rule 3.2, hereby discloses that it has no parent corporations and no publicly held corporation owns more than five percent (5%) of its stock.

OZ DEVELOPMENT, L.L.C.

By: _____
One of Its Attorneys

John J. Foley
Patrick C. Turner
Maurides & Foley, LLC
2 N. LaSalle Street, R. 1800
Chicago, IL 60602
(312) 332-6500
jfoley@maurides.com
pturner@maurides.com