**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Tod Curtis, et al.

v.

Irvana K. Wilks, et al.

Case Number: 08 C 3527

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendants Irvana K. Wilks, Michael E. Janonis, William Cooney, William Schroeder, Robert Roels, Frank Krupa and the Village of Mount Prospect

| Field | Value |
|---|---|
| NAME (Type or print) | Lance C. Malina |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Lance C. Malina |
| FIRM | Klein, Thorpe and Jenkins, Ltd. |
| STREET ADDRESS | 20 North Wacker Drive, Suite 1660 |
| CITY/STATE/ZIP | Chicago/Illinois/60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6201555 |
| TELEPHONE NUMBER | (312) 984-6400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] |