IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOD CURTIS, individually and as beneficiary, FIRST UNITED TRUST COMPANY, as Trustee under Trust No. 10510, and ELTO RESTAURANT INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>IRVANA K. WILKS, Village of Mount Prospect Mayor and Local Liquor Control Commissioner, MICHAEL E. JANONIS, Village Of Mount Prospect Manager, WILLIAM COONEY, Village of Mount Prospect Economic Director, WILLIAM SCHROEDER, Village of Mount Prospect Building Commissioner, ROBERT ROELS, Village of Mt. Prospect Environmental Health Manager, FRANK KRUPA, Village of Mount Prospect Environmental Health Inspector, OZ DEVELOPMENT, LLC and the Village of Mount Prospect,<br><br>Defendants. | Case No. 08 C 3527<br><br>Judge Guzman<br><br>Magistrate Judge Nolan |

### NOTICE OF FILING

To:   Mr. William M. McErlean          Mr. John J. Foley
      Mr. David T. Ballard              MAURIDES AND FOLEY, LLC
      Mr. Theodore J. Koerth            Two North LaSalle Street
      BARNES & THORNBURG, LLP           Suite 1800
      One North Wacker Drive, Suite 4400 Chicago, Illinois 60602
      Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on July 17, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **Appearances of Lance C. Malina** and **Allen Wall** on behalf of Defendants Wilks, Janonis, Cooney, Schroeder, Roels, Krupa And The Village Of Mount Prospect, copies of which are attached and served upon you.

/s/Allen Wall

Lance C. Malina
Allen Wall
KLEIN, THORPE AND JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois 60606
(312) 984-6400

### CERTIFICATE OF SERVICE

I, Allen Wall, an attorney, state that I served this Notice of Filing together with all attachments on the above-listed parties by U.S. Mail, first-class postage prepaid, at 20 North Wacker Drive, Chicago, Illinois 60606, on July 17, 2008, before 5:00 p.m.

/s/Allen Wall

iManage:216837_1