IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TOD CURTIS, individually and as beneficiary, FIRST UNITED TRUST COMPANY, as Trustee under Trust No. 10510, and ELTO RESTAURANT INC., an Illinois corporation,** | )<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | )<br>) Case No. 08 C 3527<br>) |
| **IRVANA K. WILKS, Village of Mount Prospect mayor and Local Liquor Control Commissioner, MICHAEL E. JANONIS, Village Of mount Prospect Manager, WILLIAM COONEY, Village of Mount Prospect Economic Director, WILLIAM SCHROEDER, Village of Mount Prospect Building Commissioner, ROBERT ROELS, Village of Mt. Prospect Environmental Health Manager, FRANK KRUPA, Village of Mount Prospect Environmental Health Inspector, OZ DEVELOPMENT, LLC and the Village of Mount Prospect,** | )<br>) Judge Guzman<br>)<br>) Magistrate Judge Nolan<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## NOTICE OF FILING AND NOTICE OF MOTION

To:  Mr. William M. McErlean           Mr. John J. Foley
     Mr. David T. Ballard              MAURIDES AND FOLEY, LLC
     Mr. Theodore J. Koerth            Two North LaSalle Street
     BARNES & THORNBURG, LLP           Suite 1800
     One North Wacker Drive, Suite 4400   Chicago, Illinois  60602
     Chicago, Illinois  60606

**PLEASE TAKE NOTICE** that on July 17, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants Wilks, Janonis, Cooney, Schroeder, Roels, Krupa And The Village Of Mount Prospect's Motion Requesting That The Court Abstain From Exercising Jurisdiction Over The Complaint**, a copy of which is attached and served upon you.

**PLEASE TAKE FURTHER NOTICE** that on Tuesday, July 29, 2008, at 9:30 a.m. I shall appear before the Honorable Judge Guzman, or any other judge sitting in his stead in Courtroom 1219, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendants Wilks, Janonis, Cooney, Schroeder, Roels, Krupa And The Village Of Mount Prospect's Motion Requesting That The Court Abstain From Exercising Jurisdiction Over The Complaint**.

_____/s/Allen Wall_____

Everette M. Hill, Jr.
Lance C. Malina
Allen Wall
KLEIN, THORPE AND JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois  60606
(312) 984-6400

## CERTIFICATE OF SERVICE

I, Allen Wall, an attorney, state that I served this Notice of Filing and Notice of Motion, together with all attachments on the above-listed parties by U.S. Mail, first-class postage prepaid, at 20 North Wacker Drive, Chicago, Illinois 60606, on July 17, 2008, before 5:00 p.m.

_____/s/Allen Wall_____