UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Tod Curtis, et al.
                    Plaintiff,
v.                                         Case No.: 1:08−cv−03527
                                           Honorable Ronald A. Guzman
Irvana K. Wilks, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

MINUTE entry before the Honorable Ronald A. Guzman: Minute entry dated 7/28/08 doc. no. 41 is corrected as follows: Set deadlines as to motion by Defendants Irvana K. Wilks, Michael E. Janois, William Cooney, William Schroeder, Robert Roels, Frank Krupa, Village of Mount Prospect, The to stay Defendants Wilks Janonis, Cooney, Schroeder, Roels, Krupa and the Village of Mount Prospect Requesting that the Court Abstain from Exercising Jurisdiction Over the Complaint [37] : Responses due by 8/18/2008. Replies due by 9/2/2008. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.