IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOD CURTIS, individually and as beneficiary, FIRST UNITED TRUST COMPANY, as Trustee under Trust No. 10510, and ELTO RESTAURANT INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>IRVANA K. WILKS, Village of Mount Prospect Mayor and Local Liquor Control Commissioner, MICHAEL E. JANONIS, Village of Mount Prospect Manager, WILLIAM COONEY, Village of Mount Prospect Economic Director, WILLIAM SCHROEDER, Village of Mount Prospect Building Commissioner, ROBERT ROELS, Village of Mount Prospect Environmental Health Manager, FRANK KRUPA, Village of Mount Prospect Environmental Health Inspector, OZ DEVELOPMENT, LLC, and the VILLAGE OF MOUNT PROSPECT,<br><br>Defendants. | No. 08 cv 03527<br><br>Judge Guzman<br><br>Magistrate Nolan |

## NOTICE OF FILING

To:  Lance C. Malina                          John J. Foley
     Klein, Thorpe and Jenkins, Ltd.          Maurides & Foley, L.L.C.
     20 North Wacker Drive                    2 North LaSalle Street
     Suite 1660                               Suite 1800
     Chicago, Illinois 60606                  Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Monday, August 18, 2008, we electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, the attached *Response in Opposition to Certain Defendants' Motion Requesting That the Court Abstain From Exercising Jurisdiction Over the Complaint*, a copy of which is attached hereto and served upon you.

Dated: August 18, 2008

Respectfully submitted,

**TOD CURTIS, FIRST UNITED TRUST CO., and ELTO RESTAURANT CORPORATION**

By: <u>s/ Theodore J. Koerth</u>
    One of Their Attorneys

William M. McErlean
David T. Ballard
Theodore J. Koerth
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606
(312) 357-1313
Firm ID No. 32715

## CERTIFICATE OF SERVICE

    I, Theodore J. Koerth, an attorney, do hereby certify that I caused copies of the attached *Response in Opposition to Certain Defendants' Motion Requesting That the Court Abstain From Exercising Jurisdiction Over the Complaint* to be electronically filed with the Clerk of the Court and served on the following using the CM/ECF system on August 18, 2008:

| | |
|---|---|
| Lance C. Malina<br>Klein, Thorpe and Jenkins, Ltd.<br>20 North Wacker Drive<br>Suite 1660<br>Chicago, Illinois 60606 | John J. Foley<br>Maurides & Foley, L.L.C.<br>2 North LaSalle Street<br>Suite 1800<br>Chicago, Illinois 60602 |

                                                    s/     Theodore J. Koerth