IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TOD CURTIS, individually and as beneficiary, FIRST UNITED TRUST COMPANY, as Trustee under Trust No. 10510, and ELTO RESTAURANT INC., an Illinois corporation,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Case No. 08 C 3527 |
| **IRVANA K. WILKS, Village of Mount Prospect Mayor and Local Liquor Control Commissioner, MICHAEL E. JANONIS, Village Of Mount Prospect Manager, WILLIAM COONEY, Village of Mount Prospect Economic Director, WILLIAM SCHROEDER, Village of Mount Prospect Building Commissioner, ROBERT ROELS, Village of Mt. Prospect Environmental Health Manager, FRANK KRUPA, Village of Mount Prospect Environmental Health Inspector, OZ DEVELOPMENT, LLC and the Village of Mount Prospect,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Guzman<br><br>Magistrate Judge Nolan |
| **Defendants.** | ) | |

**NOTICE OF FILING**

To:    William M. McErlean
       David T. Ballard
       Theodore J. Koerth
       Barnes & Thornburg LLP
       One N. Wacker Drive, Suite 4400
       Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on September 2, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants Wilks, Janonis, Cooney, Schroeder, Roels, Krupa And The Village Of Mount Prospect's Reply In Further Support Of Their Motion Requesting That The Court Abstain From Exercising Jurisdiction Over The Complaint,** a copy of which is attached and served upon you.

_____/s/Allen Wall_____

iManage:219660_1

Everette M. Hill, Jr.
Lance C. Malina
Allen Wall
KLEIN, THORPE AND JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois  60606
(312) 984-6400

## CERTIFICATE OF SERVICE

      I, Allen Wall, an attorney, state that I served this Notice of Filing together with all attachments to the above-listed parties by U.S Mail first-class postage prepaid at 20 North Wacker Drive, Chicago, Illinois 60606 on or before 5:00 p.m. on September 2, 2008.

                                                                                       _____/s/Allen Wall_____