IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOD CURTIS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No. 08 cv 03527 |
| | )  Judge Guzman |
| IRVANA K. WILKS, et al., | )  Magistrate Nolan |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' SUR-REPLY IN OPPOSITION TO CERTAIN DEFENDANTS' MOTION REQUESTING THAT THE COURT ABSTAIN FROM EXERCISING JURISDICTION OVER THE COMPLAINT

Plaintiffs, Tod Curtis, individually and as a beneficiary, First United Trust Company, as Trustee under Trust No. 10510, and Elto Restaurant Inc., submit this Sur-Reply to Defendants Wilks, Janonis, Cooney, Schroeder, Roels, Krupa and the Village of Mount Prospect's Reply in Further Support of Their Motion Requesting That the Court Abstain From Exercising Jurisdiction Over the Complaint (the "Reply"):

There is a glaring omission in Defendants' Reply. There is no longer a parallel proceeding pending in the Chancery Division of the Circuit Court of Cook County, and Defendants are aware of that fact. On August 18, 2008, Chancery Division Judge Richard Billik, the judge presiding over that matter, decided *sua sponte* to recommend transfer of that action to the building court call in the Third Municipal Division because of the absence of any remaining issues meriting equitable relief and his belief that the matter belonged in building court, nor the Chancery Division. *See* August 18, 2008 Order, attached hereto at Exhibit A. On August 21, 2008, Chancery Division Presiding Judge Dorothy Kinnaird accepted Judge Billik's recommendation and transferred the matter to the Third Municipal District, where it has been assigned to building court.[1] *See* August 21, 2008 Order, attached hereto as Exhibit B.

Thus, Defendants' statements in their Reply that the Chancery Division case is "ready for a [preliminary injunction] hearing that will decide the reasonableness of Defendants' code

---

[1] Defendants filed their Reply with the Court on September 2, 2008, some two weeks after the presiding judge transferred the case out of the Chancery Division.

enforcement actions at the Subject Property" and suggesting that a ruling on their motion for preliminary injunction "will have *res judicata* effect indicating whether or not the Village's inspections were a justified exercise of police power..." are inaccurate. *See id.* at 9, 14. No preliminary injunction hearing is presently scheduled or contemplated by the parties, and there is no case even pending in the Chancery Division. In fact, Plaintiffs' restaurant at issue in the former Chancery Division matter is open and operating by agreement of the Village of Mount Prospect and Plaintiffs (thus mooting the request for injunctive relief). Instead of preparing for a preliminary injunction that will have "res judicata effect," the parties to the former Chancery Division matter are simply awaiting their initial appearance before Judge Alfred Levinson in the building court division of the Third Municipal District.

This omission of a key fact in Defendants' Reply further demonstrates that Defendants have failed to meet their burden to prove that *Colorado River* abstention is appropriate here. Thus, as fully set forth in Plaintiffs' Response in Opposition to Certain Defendants' Motion Requesting That the Court Abstain From Exercising Jurisdiction Over the Complaint, the Court should deny the Motion to Abstain.

**TOD CURTIS, individually and as beneficiary, FIRST UNITED TRUST COMPANY, as Trustee under Trust No. 10510, and ELTO RESTAURANT INC., an Illinois corporation,**

By: s/ William M. McErlean
 One of Their Attorneys

William M. McErlean
David T. Ballard
Theodore J. Koerth
Barnes & Thornburg LLP
One N. Wacker Drive
Suite 4400
Chicago, IL 60606
(312) 357-1313

Order                                                                                                    (2/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

In the Matter of the Administrative search of the Premises, including all interior and exterior areas located at 6-18 West Busse Avenue, Mount Prospect, Illinois

v.

No. 08 M3 001171 consolidated into 08CH12059, which was consolidated into 08CH12821

### ORDER

This matter coming before this court on a motion to suppress evidence as a result of an administrative search warrant issued on March 4, 2008 and to quash the warrant entered by Judge Cerone Marisie sitting in the Third District Circuit Court of Cook County located in Rolling Meadows; the matter having initially been noticed for presentation before Judge Marisie or another Judge sitting in courtroom 204 of the Third District courtroom, but upon motion of movant to reassign the matter to a related case, 08CH12059, by Judge Maddux on April 21, 2008; entered an order assigning case 08MC3-001171 to this court's call; this court having been previously assigned case 08CH12059 filed by Tod Curtis, et al. v. Village of Mt. Prospect; and that 08CH12821 filed by the Village of Mt. Prospect against Tod Curtis and others seeking injunctive relief and other remedies against the operation of the Elto Restaurant because, among other things, for Building, alleged Property Maintenance, Fire Prevention and Health Code violations, had been consolidated into case 08CH12059 before this court on or about April 15, 2008, and that case 08CH12821 has been dismissed voluntarily on 6/19/08; IT IS HEREBY ORDERED: THE cases 08MC3 001171 involving a review of an administrative search warrant issued by a court in the Third District and 08CH12821 involving a lawsuit concerning the enforcement of building, housing and zoning ordinances of Mt. Prospect, a municipal corporation, and an alleged dangerous and unsafe building in Mt. Prospect shall be transferred to the presiding Judge of the Municipal Department of the Chancery Division, Pursuant to Circuit Court of Cook County Rule 2.3 (b)(6), for purposes of transferring the cause to the Municipal Department of the Third District of the Circuit Court in Cook County.

Atty. No.: _____

Name: Court

Atty. for: _____

Address: _____

City/State/Zip: _____

Telephone: _____

ENTERED: _____

Dated: _____

Judge _____  1585

Judge's No.

**ENTERED AUG 18 2008**

JUDGE RICHARD J. BILLIK 1585

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ORIGINAL - COURT FILE

8008
(Rev. 1/28/02) CCCH 0600
**TRANSFER ORDER**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

In the matter of the Administrative search of the Premises, including all interior and exterior areas located at 6-181 West Busse Avenue, Mount Prospect, Illinois

v.

No. 08 M 300117, consolidated into 08 CH 12059, which was consolidated into 08 CH 12821

The above-entitled and numbered cause having been previously assigned to
Judge _Billik_, Chancery Calendar # _2_,
has been transferred to the Presiding Judge of the Chancery Division for the purpose of transferring said cause to the

- ☐ Law Division
- ☐ Law Division, (Tax Section)
- ☐ County Division
- ☐ Probate Division
- ☐ Domestic Relations Division
- ☒ Municipal Department,
  - ☐ District 1
  - ☐ District 2
  - ☒ District 3
  - ☐ District 4
  - ☐ District 5
  - ☐ District 6

**ENTERED AUG 18 2008**
JUDGE RICHARD J. BILLIK - 1585

The reason for said transfer: The case initially assigned to this court, 08CH12059, has been dismissed pursuant to plaintiffs' motion, and an order was entered on 6/19/08 dismissing that cause. Case No. 08MC 300117 involves a review of an administrative search warrant issued by a court in the Municipal Department Third District and Case No. 08CH12059 involves Mt. Prospect, a municipality, seeking to enforce its building, housing and zoning ordinances against a restaurant and building in Mt. Prospect. Both causes should be transferred to the Presiding Judge of the Chancery Division for the purpose of transferring said causes to the Municipal Department in the Third District Circuit Court, pursuant to Circuit Court of Cook County Rule 2-3 (b)(6) providing for the Municipal Department hearing certain actions and proceedings filed by municipal corporations.

Judge _[signature] Billik J._  Judge's No. _1585_

IT IS HEREBY ORDERED that the said cause be and the same is hereby transferred to
Judge _JOSEPH J. URSO_, Presiding Judge of the _3RD MUNICIPAL DISTRICT_

DATE: _8/21_, _08_

_[signature]_
DOROTHY KIRIE KINNAIRD
PRESIDING JUDGE
CHANCERY DIVISION

**ENTERED No. 276 AUG 21 2008**
JUDGE DOROTHY KIRIE KINNAIRD

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS