## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Curtis et al | ) | |
|  | ) | Case No: 08-cv-3527 |
|  | ) | |
| v. | ) | |
|  | ) | |
| Wilks et al | ) | Judge: John Z. Lee |

## ORDER

Status hearing held on 7/7/14. Defendants Irvana Wilks, Michael Janonis, William Cooney, William Schroeder, Robert Roels, Frank Krupa, and the Village of Mount Prospect ("the Village Defendants") and Plaintiffs Tod Curtis, First United Trust Company and Elto Restaurant Inc., confirmed on the record that the parties have reached a settlement agreement, pursuant to which Plaintiffs' claims against the Village Defendants will be dismissed with prejudice, with each side to bear their own costs and attorneys' fees. The settlement is subject to the approval by the Village Board of Trustees and the Executive Company of Defendants' insurance carrier; counsel for the Village Defendants and counsel for the insurance carrier have stated that they fully expect that such approvals will be obtained. Based upon these representations, the claims against the Village Defendants are dismissed with prejudice, with each side to bear their own costs and attorneys' fees; in the event that the necessary approvals are not obtained, the parties are granted leave to reinstate these claims, if necessary, within 30 days of this order. The jury trial set for 7/7/14 also is stricken. Furthermore, in accordance with Local Rule 54.2 and as previously stated by the Court, the Village Defendants and Plaintiffs will be assessed jury costs in the amount of $1,050.00 for each side. With respect to Plaintiffs' motion for default judgment as to Defendant Oz Development, LLC, Plaintiffs are directed to file a supplemental memorandum and documents in support of the motion by 7/14/14. The Court shall schedule a prove-up hearing with respect to Plaintiffs' motion on 7/17/14 at 10:00 a.m. Plaintiffs are directed to serve Defendant Oz Development, LLC, with another copy of their motion for default judgment, their supplemental filings, and a copy of this order no later than 7/14/14. Defendant Oz Development, LLC, is reminded that a limited liability company must be represented by counsel before proceedings in this Court. *See United States v. Hagerman,* 545 F.3d 579 (7th Cir. 2008). Civil case terminated.

Date: 7/7/14

_____
John Z. Lee
U.S. District Court Judge

.40